In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title, Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee, to the Real Property Required for the Opening and Extending of Northern Boulevard (Jackson Avenue-Broadway) from Main and Farrington Streets to the United States Bulkhead Line of the Flushing River, Subject to the Rights, if Any, of the Long Island Railroad Company and of the New York and Queens County Railway Company, and King Road, from Lawrence Street to Northern Boulevard (Broadway), in the Borough of Queens, the City of New York. THE CITY OF NEW YORK, Appellant; THOMAS ADIKES and Others, Respondents; EDGAR W. BOWNE and Others, as Executors and Trustees, etc., of EDGAR BOWNE, Deceased, Appellants-Respondents.— Condemnation proceeding for the acquisition of land for the extension and widening of Northern boulevard in Queens borough. Final decree in so far as appealed from by the city of New York affirmed, with costs against the said appellant to the respondents filing briefs. Young, Carswell and Tompkins, JJ., concur; Hagarty, J., dissents and votes for reversal and a new trial on the ground that the awards are excessive; Lazansky, P. J., not voting.